1  McGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2798

5

6

7                  IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 RUPINDER KAUR,                    )    1: 06 CV 01603 OWW-DLB
                                     )
11          Plaintiff,               )
                                     )
12     v.                            )
                                     )    DEFENDANT'S REQUEST FOR AN
13 MICHAEL CHERTOFF, et. al.,        )    EXTENSION OF TIME AND PROPOSED
                                     )    ORDER
14          Defendants.              )
   _____   )
15

16      The United States hereby requests a 60-day extension of time

17 until March 9, 2007, to file its answer.  This motion is based

18 on the attached declaration of Assistant U.S. Attorney Carolyn K.

19 Delaney.

20 DATED: December 28, 2006               Respectfully submitted,

21                                        McGREGOR W. SCOTT
                                          United States Attorney
22
                                          /s/ Carolyn K. Delaney
23
                                          By
24                                        CAROLYN K. DELANEY
                                          Assistant U.S. Attorney
25 ///
   ///
26 ///
   ///
27 ///
   ///
28

                                    1

Pursuant to the defendant's request for an extension of time, it is hereby **ordered** that the defendant be granted an extension of time until March 9, 2007.

IT IS SO ORDERED

DATED: 12/28/2006

_/s/ Dennis L. Beck_
Honorable Dennis L. Beck
United States Magistrate Judge

D E C L A R A T I O N

I, CAROLYN K. DELANEY, declare as follows:

1.  I am an Assistant U.S. Attorney for the Eastern District of California and am familiar with the facts described below.

2.  The sole person responsible for handling civil immigration matters in the Eastern District of California is Assistant U.S. Attorney Audrey B. Hemesath.  Thus, this case is assigned to Ms. Hemesath.

3.  On December 14, 2006, Ms. Hemesath had to take a sudden medical leave of absence due to pregnancy-related hyperemesis (severe vomiting).  Ms. Hemesath anticipates that her condition will preclude her from returning to work for at least six weeks.

4.  Ms. Hemesath is the only person in this office with the unique expertise to handle the present matter.

5.  The defendant's answer is due on January 9, 2007.

6.  The defendant has not previously requested any extensions of time in which to file its answer.

7.  The plaintiff is not in custody.

8.  Based upon Ms. Hemesath's urgent medical condition the defendant respectfully requests an extension, until March 9, 2007, in which to file the answer.

9.  I have communicated with Peter Singh, the plaintiff's counsel, who indicated that he has no objection to this request.

///

///

///

///

1

1    I declare under the penalties of perjury that foregoing is
2  true and correct to the best of my knowledge.
3  Executed this 28th day of December, 2006.

4

5                                        /s/ Carolyn K. Delaney
                                         _____
6                                        CAROLYN K. DELANEY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28