Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721

Attorney for: **RUPINDER KAUR,** Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUPINDER KAUR,** <br>       **Plaintiff;** <br><br> v. <br><br> **MICHAEL CHERTOFF, ET AL.,** <br>       **Defendants.** | Case No.: 1:06-cv-01603 - LJO-DLB <br><br> A No.: 47 067 827 <br><br> **STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

Dated: February 23, 2007.        PETER SINGH & ASSOCIATES, P.C.


                                            /s/ Peter Singh
                                   Peter Singh
                                   Attorney for Plaintiff, Rupinder Kaur

Dated: February 23, 2007.        U.S. ATTORNEY EASTERN
                                                  DISTRICT OF CALIFORNIA.


                                            /s/ Audrey B. Hemesath
                                   Audrey B. Hemesath,
                                   Attorney for Defendants.

1
2       IT IS SO ORDERED.
3
4   **Dated:   February 26, 2007**                    **/s/ Lawrence J. O'Neill**
5   66h44d                                            UNITED STATES DISTRICT JUDGE